UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CYNTHIA L. BOATMAN,
    Plaintiff,

vs.                        CASE NO.: 3:06cv65/MCR/MD

ABF FREIGHT SYSTEMS, INC.,
    Defendant.
_____/

**O R D E R**

The court recently entered an order dated February 27, 2007, granting the parties' Consent Motion for Extension of Discovery Deadline and Mediation Deadline. To clarify that order, the affected deadlines are set forth herein as follows:

1. Discovery shall be completed no later than May 15, 2007.
2. Mediation shall be completed no later than June 12, 2007.
3. Dispositive motions shall be due no later than June 14, 2007.

**DONE** this 26th day of March, 2007.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**