# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

CYNTHIA L. BOATMAN,

    Plaintiff,

vs.                                                    CASE NO.: 3:06cv65/MCR/MD

ABF FREIGHT SYSTEMS, INC.,

    Defendant.

_____/

## O R D E R

By order dated May 30, 2007, the court granted the parties' Consent Motion for Extension of Discovery Deadline and Mediation Deadline.  The parties' proposed specific dates for the requested extensions named in the motion heading; however, the motion also contained a request to extend the deadline for filing dispositive motions.  Although the motion was granted, because no date was proposed the docket sheet does not reflect the extension to the deadline for filing dispositive motions.  Therefore, to clarify the court's order of May 30, 2007, the affected deadlines are as follows:

1. Discovery shall be completed no later than July 15, 2007.
2. Mediation shall be completed no later than August 2, 2007.
3. Dispositive motions shall be due no later than August 15, 2007.

**DONE** this 12th day of July, 2007.

                                         *s/ M. Casey Rodgers*
                                       **M. CASEY RODGERS**
                                       **UNITED STATES DISTRICT JUDGE**