# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**CYNTHIA L. BOATMAN.,**

    **Plaintiff,**

v.                           3:06cv65/MCR/MD

**ABF FREIGHT SYSTEMS, INC.,**

    **Defendant.**

_____/

## ORDER AND NOTICE

    The motion for summary judgment filed by Defendant, ABF Freight Systems, Inc., (doc. 55), will be taken under advisement by the Court on **August 15, 2007**. The parties are directed to file and serve affidavits and any other evidentiary materials authorized to be filed under the Federal Rules of Civil Procedure *before* the above date.[1] Only those pleadings and evidentiary materials currently in the record or filed prior to the above date will be considered by the Court in ruling on this motion.

    The motion for summary judgment will result in a final judgment being entered for the moving party if the pleadings, depositions, answers to interrogatories, admissions, affidavits, and any other appropriate evidentiary materials filed in the record show that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law. FED. R. CIV. P. 56.

    As a final matter, the court directs defendant ABF Freight Systems, Inc., to submit hard (<u>i. e.</u>, paper) copies of its motion for summary judgment and all exhibits, along with any other evidentiary materials it may wish to file, to the undersigned's chambers no later

---

[1] The response to a motion for summary judgment must be filed within the time prescribed by the Federal and Local Rules.

than the aforementioned advisement date of **August 15, 2007**.  Likewise, upon plaintiff's timely filing any evidentiary materials as well as its response to the motion for summary judgment it should also submit hard copies to chambers.

**DONE and ORDERED** on this 26th day of July, 2007.


_s/ M. Casey Rodgers_
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**